UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MAURY RUBIN,

Debtor,

25 CIVIL 7979 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, Fonz's appeal is denied, and the Order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**